Brigid E. PUTNAM,
Petitioner/Respondent,

v.

DIRECTOR OF REVENUE, STATE OF
MISSOURI, Respondent/Appellant.

No. 66793.

Missouri Court of Appeals,
Eastern District,
Division One.

April 18, 1995.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Timothy F. Devereux, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

## ORDER

PER CURIAM.

Director of Revenue appeals from an order of the trial court setting aside the suspension of Petitioner's driving privileges. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).